CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04400

Ballesteros v. Davol, Inc. et al
Assigned to: Judge Kenneth M. Hoyt
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/18/2007
Date Terminated: 01/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Juan M. Ballesteros**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3317925) filed by Juan M. Ballesteros. (Attachments: # 1 Civil Cover Sheet Juan M. Ballesteros)(Alexander, David) (Entered: 12/18/2007) |
| 12/19/2007 | | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 3/17/2008 at 03:30 PM by telephone before Judge Kenneth M. Hoyt.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(dpower, ) (Entered: 12/19/2007) |
| 12/20/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Juan M. Ballesteros, filed.(Alexander, David) (Entered: 12/20/2007) |
| 01/31/2008 | | ORDER staying and administratively closing pending transfer to the District of Rhode Island. Case terminated.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(kmurphy, ) (Entered: 01/31/2008) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(jbradford, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (jbradford, ) (Entered: 02/14/2008) |